1
2
3
4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| P. DOUGLAS COMBS, | Case No. 05-06498 |
| | (Jointly administered with Case No. 02-18352) |
| Debtor. | |
| | ORDER INCORPORATING MEMORANDUM DECISION OF MARCH 17, 2008 RE: RECUSAL |

Based upon this Court's Memorandum Decision of March 17, 2008, which is herein incorporated by reference,

IT IS ORDERED DENYING the Debtor's Motion for Recusal or Withdrawal under 28 U.S.C. § 455. The Court declines to recuse itself from any matters involving the Debtor.

Dated this 17th day of March, 2008

.

_Smrh/Nhaen Wley_
The Honorable Sarah Sharer Curley
United States Bankruptcy Judge

BNC to notice.