Dawn M. Maguire-Bayne, State Bar #20368
John P. Carter, State Bar #25402
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Attorneys for Trustee Jill Ford

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL DOUGLAS COMBS aka DOUG COMBS, | Case No. 2-05-bk-06498-SSC |
| Debtor. | **NOTICE OF TRUSTEE'S INTENT TO PAY GARNISHMENT** |

**TO: ALL CREDITORS AND INTERESTED PARTIES**

**NOTICE IS HEREBY GIVEN** that Jill Ford, Chapter 7 Trustee for the above-captioned bankruptcy estate ("Trustee"), intends to disburse payment to John E. Ellis ("Judgment Creditor") for the Garnishment Judgment - Non-Earnings in Case No. CV2011-019913 ("Garnishment"), served upon the Trustee. The total amount to be paid to the Judgment Creditor is $12,750.17 ("Payment"), representing $12,748.91 withheld for payment to Renaissance Aircraft, LLC, from the estate of Paul Douglas Combs aka Doug Combs, in the above referenced bankruptcy case, plus interest earned in the amount of $1.26, as of April 19, 2012. A copy of the Order to pay Garnishment is attached hereto as **Exhibit "A"**.

Any person opposing the Trustee's payment of the Garnishment shall file a written objection, along with a request for a hearing, within twenty-one (21) days of the date of mailing of this Notice with the clerk of the United States Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003. A copy of the Objection shall be mailed forthwith to counsel for the Trustee as follows:

/ / /

\\BFS-9000\Documents\6000\6100\6137-Ford\195-Combs\CV2011-019913- GARNISHMENT\Notice of Payment\Ntc of Payment of Garnishment.doc

Case 2:05-bk-06498-SSC    Doc 173    Filed 04/19/12    Entered 04/19/12 12:53:51    Desc
Main Document    Page 1 of 3

Dawn M. Maguire-Bayne, Esq.
Allen, Sala & Bayne, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004

If no objections are timely filed, the Court shall enter an Order authorizing the Trustee to disburse the Payment to the Judgment Creditor, without further notice or hearing.

DATED: April 19, 2012

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMMB 20368*
Dawn M. Maguire-Bayne
John P. Carter
1850 N. Central Ave., Ste. 1150
Phoenix, Arizona 85004
Attorneys for Trustee Jill Ford

COPIES of the foregoing mailed on
April 19, 2012 to:

Jill Ford
P.O. Box 5845
Carefree, AZ 85377
*Chapter 7 Trustee*

United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Paul Douglas Combs
2221 E. Melrose Street
Gilbert, AZ 85297
*Debtor*

John E. Ellis
323 S. High Street
Jackson, MO 63755
*Plaintiff/Judgment Creditor*

Renaissance Aircraft, LLC
4130 Mennes Ave #39
Riverside, CA 92509
*Defendant/Judgment Debtor*

Eric Rowe
Greenberg Traurig LLP
2101 L. St. N.W.
Suite 1000
Washington, DC 20037
*Attorney for Defendant/Judgment Debtor*

-2-
\\BFS-9000\Documents\6000\6100\6137-Ford\195-Combs\CV2011-019913- GARNISHMENT\Notice of Payment\Ntc of Payment of Garnishment.doc

Case 2:05-bk-06498-SSC    Doc 173    Filed 04/19/12    Entered 04/19/12 12:53:51    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| 1 | All parties listed on the Debtor's Master Mailing List by the Bankruptcy Noticing Center |
| 2 | |
| 3 | */s/ Tammie R. Holm* |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-
\\BFS-9000\Documents\6000\6100\6137-Ford\195-Combs\CV2011-019913- GARNISHMENT\Notice of Payment\Ntc of Payment of Garnishment.doc

Case 2:05-bk-06498-SSC    Doc 173    Filed 04/19/12    Entered 04/19/12 12:53:51    Desc
Main Document    Page 3 of 3