# EXHIBIT "A"

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2011-019913 04/13/2012

HONORABLE BENJAMIN E. VATZ

CLERK OF THE COURT
S. Hack
Deputy

JOHN E ELLIS

JOHN E ELLIS
P O BOX 287 & 323 SOUTHHIGH ST
JACKSON MO 63755

v.

RENAISSANCE AIRCRAFT L L C, et al.

RENAISSANCE AIRCRAFT L L C
938 SHADY LN
JACKSON MO 63755

JILL H FORD
C/O ALLEN SALA & BAYNE PLC
1850 N CENTRAL AVE STE 1150
PHOENIX AZ 85004

RULING

On March 23, 2012, the court issued a minute entry wherein it afforded Plaintiff/Judgment Creditor an opportunity to file a Response to Garnishee's Notice of Bankruptcy Court Approval of Trustee's Final Report and Applications for Compensation and Request for Expedited Garnishment Judgment. No Response having been filed and good cause appearing,

IT IS ORDERED amending the garnishment judgment filed on February 17, 2012 and awarding Plaintiff/Judgment Creditor the amended sum of $12,748.91.

Docket Code 077 Form V000A Page 1

CV 2011-019913 04/13/2012

/ s / HONORABLE BENJAMIN E. VATZ

JUDICIAL OFFICER OF THE SUPERIOR COURT

ALERT: The Arizona Supreme Court Administrative Order 2011-140 directs the Clerk's Office not to accept paper filings from attorneys in civil cases. Civil cases must still be initiated on paper; however, subsequent documents must be eFiled through AZTurboCourt unless an exception defined in the Administrative Order applies.